IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM GREGORY HARTWELL, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00351 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 19th day of September, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE