IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM GREGORY HARTWELL, ) | | |
|     Plaintiff, ) | Civil Action No. 7:12-cv-00351 | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| HAROLD W. CLARKE, ) | By: Norman K. Moon | |
|     Defendant. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 19th day of September, 2012.

                                                          /s/ Norman K. Moon
                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE